IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose Colon, and Dora Pesantez, Plaintiffs<br>v.<br>Ideal United Group, Inc. and Mario G. Mendez, Defendants | Case No. 1:17-cv-02226<br>Judge Sheila M. Finnegan |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Jose Colon, Dora Pesantez and Defendants Ideal United Group, Inc. and Mario G. Mendez through respective counsel, hereby file this Joint Stipulation for Dismissal of the above-styled matter without prejudice, to automatically convert to a dismissal with prejudice on April 30, 2018, unless any motion to reinstate is filed on or before April 30, 2018, each party to bear its respective costs and fees.

Respectfully submitted on October 15, 2017.

| | |
|---|---|
| **s/ Valentin T. Narvaez**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br>312-878-1302<br>vnarvaez@yourclg.com | **s/ Lance C. Ziebell**<br>Lavelle Law Ltd.<br>1933 North Meacham Rd, Suite 600<br>Schaumburg, IL 60173<br>847-705-7555<br>lziebell@lavellelaw.com |